JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS WENCES-BRAVO,<br><br>*Plaintiff*<br><br>vs.<br><br>L.A.P.D. Rampart Division Officers Loera, Savvilingam, and Faber<br><br>*Defendants*. | Case No. CV 06-04013-ABC (SH)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>**[Rule 41(a) (1) F. R. C. P.]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to Rule 41 (a) (1) of the *Federal Rules of Civil Procedure*, that the entire action be dismissed with prejudice as to Defendant Officers THOMAS LOERA, PREM SIVALINGAM and JESS HOUSTON FABER, each party to bear their own costs.

It is further ordered that as of August 22, 2008, the foregoing matter is dismissed with prejudice.

*IT IS SO ORDERED:*

DATED: August 22, 2008

_____
Honorable Audrey B. Collins
United States District Court

1